IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 3:11-CV-795-MEF-TFM |
| v. | ) ) | C O M P L A I N T |
| **JOE RYAN ENTERPRISES, INC.** d/b/a JOE RYAN TRUCKING, Defendant. | ) ) ) ) | JURY TRIAL DEMANDED |

### NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex (female) and to provide appropriate relief to Rhonda Brown and a class of employees of Defendant who were adversely affected by such practices.

As alleged with greater particularity in paragraphs seven (7) through ten (10) below, the Equal Employment Opportunity Commission alleges that Joe Ryan Enterprises, Inc., d/b/a Joe Ryan Trucking, discriminated against former employee Rhonda Brown and a class of female employees at Defendant's Phenix City, Alabama facility, by subjecting them to sexual harassment. Defendant constructively discharged Rhonda Brown when the sexual harassment became so intolerable that she was compelled to resign.

### JURISDICTION AND VENUE

1.      Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3) ("Title VII") and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

1

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Eastern Division of the Middle District of Alabama.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4. At all relevant times, Defendant, Joe Ryan Enterprises, Inc., d/b/a Joe Ryan Trucking (the "Employer"), has continuously been a Georgia corporation doing business in the State of Alabama and the City of Phenix City, and has continuously had at least 15 employees.

5. At all relevant times, Defendant Employer has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Rhonda Brown filed a charge with the Commission alleging violations of Title VII by Defendant Employer. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. Since at least 2005, and on a continuing basis through and including 2009, Defendant Employer has engaged in unlawful employment practices at its Phenix City, Alabama facility, in violation of Section 703(a) of Title VII, 42 U.S.C. § 2000e-2(a).

8. Specifically, Defendant Employer routinely subjected Rhonda Brown and a class of female employees who worked at Defendant's Phenix City, Alabama facility between 2005 and 2009 to offensive, unwanted, severe, and pervasive sexual misconduct by Defendant's

owner, President, CEO, and supervisor ("owner/supervisor"):

    a. The owner/supervisor routinely made sexually derogatory comments about women in the presence of Rhonda Brown and other female employees, referring to them in sexually explicit and vulgar terms like "whores," "bitches," "cunt," and "sluts;"

    b. The owner/supervisor routinely remarked that he hated all women, while referring to all women as "whores;"

    c. The owner/supervisor frequently exposed himself in front of Rhonda Brown and other female employees.

    d. The owner/supervisor frequently made vulgar, explicit sexual comments to Rhonda Brown about her body parts, such as "Damn, Ms. Brown, your t*** are sure getting big," and "Your boobs are getting bigger and your a** is getting wider;" and

    e. The owner/supervisor posted and displayed sexually explicit and offensive pictures and images in the workplace.

9. On numerous occasions Rhonda Brown told the owner/supervisor his comments and behavior were unwelcome and asked him to stop, but he would not.

10. The owner/supervisor's conduct, and Defendant's refusal to correct it, caused the work environment to become so intolerable that Rhonda Brown was compelled to resign in August, 2009.

11. The effect of the practice(s) complained of in paragraphs seven (7) through ten (10) above has been to deprive Rhonda Brown and other female employees of Defendant Employer of equal employment opportunities and otherwise adversely affect their status as employees, because of their sex, female.

12. The unlawful employment practices complained of in paragraphs seven (7) through ten (10) above were intentional.

13. The unlawful employment practices complained of in paragraphs seven (7) through ten (10) above were done with malice or with reckless indifference to the federally protected rights of Rhonda Brown and other female employees of Defendant Employer.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant Employer, its officers, agents, servants, employees, attorneys, and all persons in active concert or participation with them, from engaging in sexual harassment, constructive discharge, or any other employment practices which discriminate on the basis of sex.

B. Order Defendant Employer to institute and carry out policies, practices, and programs which provide equal employment opportunities for females, and which eradicate the effects of its past and present unlawful employment practices.

C. Order Defendant Employer to make whole Rhonda Brown and a class of female employees of Defendant, by providing appropriate backpay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including but not limited to rightful place reinstatement or, alternatively, front pay for Rhonda Brown and a class of female employees of Defendant.

D. Order Defendant Employer to make whole Rhonda Brown and a class of female employees of Defendant, by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraphs seven (7) through ten (10) above, including any relocation expenses, job search expenses, and medical and mental health expenses, and other out-of-pocket expenses, in amounts to be determined at trial.

E.   Order Defendant Employer to make whole Rhonda Brown and a class of female employees of Defendant, by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraphs seven (7) through ten (10) above, including emotional pain, suffering, inconvenience, loss of enjoyment of life, and humiliation, in amounts to be determined at trial.

F.   Order Defendant Employer to pay Rhonda Brown and a class of female employees of Defendant punitive damages for its malicious and reckless conduct described above, in amounts to be determined at trial.

G.   Grant such further relief as the Court deems necessary and proper in the public interest.

H.   Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

RESPECTFULLY SUBMITTED,

P. DAVID LOPEZ
General Counsel

JAMES L. LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel
U. S. Equal Employment Opportunity Commission
131 M Street, N.E.
Washington, D.C. 20507

_____
C. EMANUEL SMITH
Regional Attorney
Mississippi Bar # 7473

Equal Employment Opportunity
Commission
Birmingham District Office
Ridge Park Place, Suite 2000
1130 22nd Street South
Birmingham, AL  35205
(205) 212-2045
Fax (205) 212-2041

_____
JULIE BEAN
Supervisory Trial Attorney
D.C. Bar # 433292

Equal Employment Opportunity
Commission
Birmingham District Office
Ridge Park Place, Suite 2000
1130 22nd Street South
Birmingham, AL  35205
(205) 212-2067
Fax (205) 212-2041