**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | ) ) ) | |
| **Plaintiff,** | ) ) | **CIVIL ACTION NO.** |
| | ) | **3:11-cv-00795-MEF-TFM** |
| **v.** | ) | |
| **JOE-RYAN ENTERPRISES, INC. d/b/a JOE-RYAN TRUCKING, Defendant.** | ) ) ) ) ) | |
| _____ | ) | |

**REPORT OF PARTIES' PLANNING MEETING**

    1.    Pursuant to Fed.R.Civ.P. 26(f), a meeting was held by telephone on Tuesday, March 20, 2012, attended by the following attorneys for the parties: Gerald Miller and Steven L. Murray, on behalf of Plaintiff Equal Employment Opportunity Commission ("EEOC," the "Commission"), and Priscilla Black Duncan, P.B. Duncan & Associates, LLC, on behalf of Defendant Joe-Ryan Enterprises, Inc. d/b/a Joe-Ryan Trucking, Defendant ("Defendant" or "Joe-Ryan").

    2.    Initial Disclosures. The parties will submit the initial disclosures required by Federal Rule 26(a)(1) on or before April 3, 2012.

    3.    Discovery Plan. The parties propose this discovery plan:

        (a)    Discovery will be needed on all claims asserted by Plaintiff, all defenses asserted by Defendant, and all matters discoverable pursuant to the Federal Rules of Civil Procedure.

        (b)    Discovery will be completed no later than December 21, 2012.

(c) The maximum number of interrogatories, including discrete subparts, from each party, to the opposing party is 30; interrogatory responses shall be due in 30 days, in accord with the Fed. R. Civ. P. 33(b)(2). No party is waiving its right to object to any interrogatory, or part thereof.

(d) The maximum number of requests for production of documents, including discrete subparts, from each party, to the opposing party, is 30. Requests for production of documents responses shall be due in 30 days, in accord with Fed. R. Civ. P. 34(b)(2)(A). No party is waiving its right to object to any request for production of documents, or part thereof.

(e) The maximum number of requests for admissions from each party (Plaintiff EEOC, and Defendant) to the opposing party is 30. No party is waiving its right to object to any request for admission, or part thereof.

(f) The maximum number of fact depositions by Plaintiff and Defendant is ten (10) for each party. In addition to the fact depositions, each party may depose the other's expert witness designee in accord with *Fed.R.Civ.P.* 26(b)(4).

(g) The length of each deposition shall be governed by the Federal Rules of Civil Procedure, except on agreement of all parties. No party is waiving its right to object to any deposition, or part thereof.

(h) Unless modified by stipulation of the parties, Plaintiff's expert disclosure and report pursuant to Fed. R. Civ. P. 26(a)(2) is due on or before August 6, 2012, and Defendant's disclosure and report is due on or before September 6, 2012. Any rebuttal expert disclosure or report from Plaintiff is due on or before October 8, 2012.

       (i)      Supplementations under the Federal Rules of Civil Procedure 26(e) shall be made in a timely manner or as ordered by the Court.

4.    Other Items:

    (a)    The parties do not request a meeting with the Court prior to entry of the Scheduling Order.

    (b)    The parties request the Court to hold a Final Pretrial Conference within ninety (90) days after the dispositive motions deadline, or on or about April 22, 2013.

    (c)    The final date for the parties to amend pleadings or join parties is 30 days after the entry of the Court's Scheduling Order.

    (d)    The final date for the parties to file dispositive motions is January 21, 2013. A party is allowed 30 days to respond to any dispositive motion.

    (e)    The parties will pursue settlement discussion as the litigation is progressing, and will notify the Court if they desire to engage in formal mediation.

    (f)    The final dates for submitting Rule 26(a)(3) witness lists, designations of witnesses whose testimony will be presented by deposition, and exhibit lists shall be twenty (20) days before the Final Pretrial Conference. The parties shall have ten (10) days before the Final Pretrial Conference to list objections under Rule 26(a)(3).

    (g)    The Parties request a jury trial to commence after May 20, 2013. The parties expect the jury trial to last approximately 4 days.

    (i)    Disclosure of discovery of electronically stored information should be handled as follows: To the extent possible, relevant, non-privileged

3

electronic information will be produced by the parties in either PDF or hardcopy format. A requesting party may obtain relevant, non-privileged electronic information in a format other than PDF or hardcopy only upon agreement by the parties or order of the court. The parties agree, if asked, to produce paper copies of all discoverable requested electronic or discoverable computerized documents with the exception of depositions and transcripts which will be obtained by any party requesting the same from the court reporter by ordering a copy, unless otherwise agreed or provided by rule. To the extent that they have not already done so, the parties agree to take affirmative steps to preserve any electronic documents or data within their custody, possession or control that relates to Plaintiff's claims in this lawsuit and Defendant's defenses.

Respectfully submitted this 20th day of March, 2012.

| | |
|---|---|
| C. EMANUEL SMITH<br>Regional Attorney<br>MS Bar # 7473<br><br>JULIE BEAN<br>Supervisory Trial Attorney<br>DC Bar # 433292<br><br>/s/ Gerald Miller<br>GERALD MILLER<br>Senior Trial Attorney<br>(AL Bar No.: ASB-1454-E52G)<br>205-212-2047<br>gerald.miller@eeoc.gov<br><br>/s/ Steven L. Murray<br>STEVEN L. MURRAY<br>Senior Trial Attorney<br>DC Bar # 379955<br>205-212-2043 | /s/ Priscilla Black Duncan<br>(ASB 4706-D65P)<br>P.B. Duncan & Associates, LLC<br>472 S. Lawrence, Suite 204<br>Montgomery AL 36104<br>(334) 264-9679<br>(334) 264-9643 FAX<br>helzphar@mindspring.com<br>Attorney for Defendant<br>Joe-Ryan Enterprises, Inc. |

| | |
|---|---|
| Steven.murray@eeoc.gov<br><br>Attorneys for Plaintiff Equal Employment Opportunity Commission<br><br>Equal Employment Opportunity Commission<br>1130 22nd Street South, Suite 2000<br>Birmingham, AL  35205<br>Telephone: (205) 212-2046<br>Facsimile:  (205) 212-2041 | |