IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

|  |  |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) ) | |
| Plaintiff, ) ) | Case No. 3:11-CV-0795-MEF |
| v. ) ) ) | |
| JOE RYAN ENTERPRISES, INC., ) ) ) | |
| Defendant. ) ) ) | |

### PLAINTIFF'S WITNESS LIST

Plaintiff, Equal Employment Opportunity Commission, pursuant to the provisions of Rule 26(a)(3) of the Federal Rules of Civil Procedure and Section 9 of the Uniform Scheduling Order (Doc. 18) in this case, lists each witness it expects to call at the trial of this case and those it may call if the need arises, except witnesses solely for impeachment purposes.

**Witnesses Plaintiff Expects to Call**

1. Rhonda Brown Clouatre
2. Norbert Quick
3. David James Hudson
4. Brittany Brown
5. Jennifer Benefield
6. Arlene Young

7.   Gary Lively

8.   Chiela Elliott

9.   Joanne Nelson

**Witnesses Plaintiff May Call If the Need Arises**

1.   LaShaunda Love

2.   Ronald Schipper

3.   Danny Cail

4.   Custodian of Records
     Chattahoochee Valley Family Physicians

5.   Gary A. Dillard, M.D.

6.   Any witness needed for impeachment or rebuttal.

7.   Any witness listed by Defendant on its Witness List or its Initial Disclosures

8.   Any witness listed by Plaintiff in its Initial Disclosures.

Dated: April 3, 2013.

                          Respectfully submitted,

                          C. EMANUEL SMITH
                          Regional Attorney
                          Mississippi Bar # 747

                          JULIE BEAN
                          Supervisory Trial Attorney
                          DC Bar # 433292

                          /s/ Gerald L. Miller
                          GERALD L. MILLER
                          Senior Trial Attorney
                          (AL Bar No.: ASB-1454-E52G)
                          205-212-2047
                          gerald.miller@eeoc.gov

        MANEESH VARMA
        (DC Bar #988521)
        Trial Attorney

        EQUAL EMPLOYMENT OPPORTUNITY
        COMMISSION
        Birmingham District Office
        Ridge Park Place, Suite 2000
        1130 22nd Street South
        Birmingham, AL
        (205)   212-2045

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2013, I filed the foregoing with the Clerk of the Court using the CM/ECF system which will electronically send notification of the filing to all attorneys of record.

DONE this 3rd day of April, 2013.

        /s/ Gerald L. Miller
        Senior Trial Attorney

3