IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) | |
| Plaintiff, ) | Case No. 3:11-CV-0795-MEF |
| v. ) ) ) | |
| JOE RYAN ENTERPRISES, INC., ) ) ) | |
| Defendant. ) | |

**PLAINTIFF'S EXHIBIT LIST**

Plaintiff, Equal Employment Opportunity Commission, pursuant to the provisions of Rule 26(a)(3) of the Federal Rules of Civil Procedure and Sections 10 and 11 of the Uniform Scheduling Order (Doc. 18) in this case, lists each document or other exhibit it expects to offer at the trial of this case and those it may offer if the need arises.

**Exhibits Plaintiff Expects to Offer**

1. Photograph of wall of office at Joe Ryan Trucking (EEOC-ID000024)

2. Photograph of picture on wall of office at Joe Ryan Trucking (EEOC-ID000025)

3. Photograph of picture on wall of office at Joe Ryan Trucking (EEOC-ID000026)

4. Photograph of picture on wall of office at Joe Ryan Trucking (EEOC-ID000027)

5. Prescription drug receipts of Rhonda Brown- 7/17/09 – 7/16/10 (EEOC-ID000030- EEOC-ID000033)

6. Pay stubs of Rhonda Brown in July and August, 2009 (EEOC-ID000038)

7. Letter concerning Rhonda Brown from Gary A. Dillard, M.D. dated June 11, 2010 (DX 9 to dep of Rhonda Brown)(EEOC-ID000056)

8. Handwritten letter from Rhonda Brown to the EEOC received January 12, 2010 (EEOC-ID000001)

9. Notice of Charge of Discrimination from the EEOC to Joe Ryan Trucking dated January 19, 2010 (EEOC-ID000004)

10. Charge of Discrimination of Rhonda Brown dated January 19, 2010 (EEOC-ID000006)

11. Notice of Charge of Discrimination to Joe Ryan Trucking dated February 2, 2010 with Charge of Discrimination attached (EEOC-ID000006- EEOC-ID000007) (PX 4 to 30(b)(6) dep of Defendant taken December 14, 2012)

12. Letter from William L Kirby II to EEOC dated February 24, 2010 (Joe-Ryan00104- Joe-Ryan00105) (PX 5 to 30(b)(6) dep of Defendant taken December 14, 2012)

13. Letter from LaShaunda Love of EEOC to William Kirby II dated April 1, 2010 with Request for Information and fax cover sheet attached (4 pages) (Joe-Ryan00106- Joe-Ryan00109)

14. Letter from William Kirby II to LaShaunda Love of EEOC dated April 13, 2010 with attachments (9 pages) (Joe-Ryan00110- Joe-Ryan00117)

15. Diagram of office trailer at Joe Ryan Trucking (PX 1 to dep of Norbert Quick taken November 27, 2012)

16. Joe Ryan Enterprises, Inc. Employee Guidelines (PX 2 to dep of Norbert Quick taken November 27, 2012)(EEOC-ID000018-EEOC-ID000021)

17. Sketch of layout of Joe Ryan Trucking (PX 3 to dep of Norbert Quick taken November 27, 2012)

18. EEOC Charge of Rhonda Brown dated January 19, 2010 (PX 4 to dep of Norbert Quick taken November 27, 2012)(EEOC-ID000006)

19. Letter from William L Kirby II to EEOC dated February 24, 2010 (PX 5 to dep of Norbert Quick taken November 27, 2012)(EEOC-ID000008- EEOC-ID000009)

20. Articles of Incorporation of Joe Ryan Enterprises, Inc. (PX 14 to dep of Norbert Quick taken November 27, 2012)

21. Joe Ryan Enterprises, Inc. Financial Statements dated December 31, 2009 (PX 15 to dep of Norbert Quick taken November 27, 2012)

22. Letter from LaShaunda Love of EEOC to William Kirby II dated April 1, 2010 with Request for Information (3 pages) (PX 6 to 30(b)(6) dep of Defendant taken December 14, 2012)

23. Letter from William Kirby II to LaShaunda Love of EEOC dated April 13, 2010 with attachments (8 pages) (PX 7 to 30(b)(6) dep of Defendant taken December 14, 2012)

24. Joe Ryan Enterprises, Inc. Financial Statements dated December 31, 2009 (6 pages)

25. Joe Ryan Enterprises, Inc. Financial Statements dated December 31, 2010 (6 pages)

26. Joe Ryan Enterprises, Inc. Financial Statements dated December 31, 2011 (6 pages)

27. Joe Ryan Enterprises, Inc. Financial Statements dated September 30, 2012 (6 pages)

**Exhibits Plaintiff May Offer If the Need Arises**

28.  Affidavit of Ronald James Schipper, Jr. dated December 29, 2011 (DX 11 to dep of Rhonda Brown)

29.  Handwritten statement from Teresa Cail to EEOC dated December 7, 2011 with fax cover sheet (2 pages)(PX 1 to Cail dep)

30.  Affidavit of David James Hudson also known as Kendall Renée Hudson dated December 29, 2011(DX 1 to Hudson dep)(Joe-Ryan00010-00011)

31.  Affidavit of David James Hudson also known as Kendall Renae Hudson dated January 7, 2013

32.  Affidavit of Teresa Cail dated January 10, 2013

33.  Affidavit of Ronald Schipper dated January 10, 2013

34.  Medical records of Chattahoochee Family Medical Physicians concerning Rhonda Brown

35.  Record of Interview of Teresa Cail by Lashaunda Love dated May 18, 2010

36.  EEOC Determination dated September 30, 2010

37.  Conciliation failure letter dated December 27, 2010 to William Kirby, II

38.  Any document produced by the Plaintiff to the Defendant during the course of this case

39.  Any document produced by the Defendant to the Plaintiff during the course of this case

40.  Any exhibit attached to any deposition taken in this case

41.  Any exhibit listed by Defendant on its Exhibit List or furnished to Plaintiff as a possible exhibit.

42.     Any document needed for cross-examination, impeachment, or rebuttal.

Dated: April 3, 2013.

                    Respectfully submitted,

                    C. EMANUEL SMITH
                    Regional Attorney
                    Mississippi Bar # 747

                    JULIE BEAN
                    Supervisory Trial Attorney
                    DC Bar # 433292

                    /s/ Gerald L. Miller
                    GERALD L. MILLER
                    Senior Trial Attorney
                    (AL Bar No.: ASB-1454-E52G)
                    205-212-2047
                    gerald.miller@eeoc.gov

                    MANEESH VARMA
                    (DC Bar #988521)
                    Trial Attorney

                    EQUAL EMPLOYMENT OPPORTUNITY
                    COMMISSION
                    Birmingham District Office
                    Ridge Park Place, Suite 2000
                    1130 22nd Street South
                    Birmingham, AL
                    (205)   212-2045

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2013, I filed the foregoing with the Clerk of the Court using the CM/ECF system which will electronically send notification of the filing to all attorneys of record.

DONE this 3rd day of April, 2013.

                                      /s/ Gerald L. Miller
                                      Senior Trial Attorney