IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

|  |  |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | )<br>)<br>)<br>) |
| Plaintiff, | ) Case No. 3:11-CV-0795-MEF |
| v. | )<br>)<br>) |
| JOE RYAN ENTERPRISES, INC., | )<br>)<br>) |
| Defendant. | )<br>) |

**PLAINTIFF'S DEPOSITION DESIGNATIONS**

Plaintiff, Equal Employment Opportunity Commission, pursuant to the provisions of Rule 26(a)(3) of the Federal Rules of Civil Procedure and Section 10 of the Uniform Scheduling Order (Doc. 18) in this case, identifies the parts of depositions that Plaintiff expects to use at the trial of this case, except solely for impeachment.

**Deposition of Norbert Quick taken November 27, 2012**

| Page number/line | | Page number/line |
|---|---|---|
| 8/2 | through | 8/4 |
| 57/8 | through | 58/8 |
| 58/15 | through | 58/20 |
| 59/21 | through | 62/12 |

| | | |
|---|---|---|
| 64/21 | through | 65/4 |
| 71/1 | through | 71/23 |
| 74/18 | through | 75/22 |
| 80/12 | through | 82/6 |
| 82/14 | through | 82/18 |
| 87/6 | through | 87/14 |
| 91/12 | through | 91/18 |
| 92/3 | through | 92/6 |
| 101/6 | through | 101/16 |
| 102/2 | through | 102/7 |
| 103/23 | through | 104/9 |

**Rule 30(b)(6) Deposition of Joe-Ryan Enterprises, Inc. taken December 14, 2012**

| Page number/line | | Page number/line |
|---|---|---|
| 7/21 | through | 7/23 |
| 8/10 | through | 8/22 |
| 21/8 | through | 21/14 |
| 38/17 | through | 38/21 |
| 41/8 | through | 41/17 |
| 59/21 | through | 60/2 |
| 69/7 | through | 72/3 |
| 113/3 | through | 113/18 |

Dated: April 3, 2013.

    Respectfully submitted,

    C. EMANUEL SMITH
    Regional Attorney
    Mississippi Bar # 747

    JULIE BEAN
    Supervisory Trial Attorney
    DC Bar # 433292

    /s/ Gerald L. Miller
    GERALD L. MILLER
    Senior Trial Attorney
    (AL Bar No.: ASB-1454-E52G)
    205-212-2047
    gerald.miller@eeoc.gov

    MANEESH VARMA
    (DC Bar #988521)
    Trial Attorney

    EQUAL EMPLOYMENT OPPORTUNITY
    COMMISSION
    Birmingham District Office
    Ridge Park Place, Suite 2000
    1130 22nd Street South
    Birmingham, AL
    (205)   212-2045

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2013, I filed the foregoing with the Clerk of the Court using the CM/ECF system which will electronically send notification of the filing to all attorneys of record.

DONE this 3rd day of April, 2013.

    /s/ Gerald L. Miller
    Senior Trial Attorney