IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRCT OF ALABAMA

EASTERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | } } } | |
| Plaintiff, | } } } | |
| v. | } Civil 3:11-cv-07950-MEF-TFM } } } | |
| JOE RYAN ENTERPRISES, INC., | } } | |
| Defendant. | } } | |

## DEFENDANT'S PLANNED EXCERPTS FROM DEPOSITION OF NAMED COMPLAINANT

The Defendant further notifies the Court, pursuant to the provisions of Rule 26(a)(3) of the Federal Rules of Civil Procedure and Section 10 of the Uniform Scheduling Order (Doc. 18) in this case, identifies the parts of depositions that Plaintiff expects to use at the trial of this case, except solely for impeachment.

Deposition of Rhonda Brown taken Dec. 21, 2013

Page number /line, beginning-end

16/2-21

23/6-16

29/6-20

39/2-23

42/14-17

43/12-17

46/1-6

47/1-2

57/4-7

58/5-18

77/8-19

78/4-6

79/4-6

80/5-10

182/9-13

201/1-202/20

230/9-231/19

Defendant further notifies the Court that earlier designation of the full deposition of Teresa Cail

for use at trial is prompted by her recent untimely death.

Respectfully submitted,


/s/Priscilla Black Duncan
Attorney for Defendant

P.B. Duncan & Associates, LLC
472 S. Lawrence, Suite 204
Montgomery AL 36104
(334) 264-9679
(334) 264-9643 FAX
helzphar@mindspring.com

## CERTIFICATE OF SERVICE

I hereby certify that I have on April 3, 2013, I electronically notified the Plaintiff's counsel of the preceding by using the Court CM-ECF e-filing system.

/s/ Priscilla Black Duncan

Gerald Miller
P. David Lopez
James L. Lee
Gwendolyn Young Reams
Maneesh Varma

Julie Bean
C. Emmanuel Smith
Steven L. Murray

Equal Employment Opportunity Commission
Birmingham District Office
Ridge Park Place, Suite 2000
1130 22nd Street South
Birmingham AL 35205