IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

|  |  |  |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 3:11-CV-0795-MEF |
| v. | ) ) ) | |
| JOE RYAN ENTERPRISES, INC., | ) ) ) | |
| Defendant. | ) ) ) | |

**PLAINTIFF'S RESPONSIVE DEPOSITION DESIGNATIONS**

On April 3, 2013, Defendant filed Defendant's Planned Excerpts from Deposition of Named Complainant (Doc. 64), identifying parts of the deposition of Rhonda Brown that Defendant apparently intends to seek to use as substantive evidence in its case in chief at trial. Plaintiff, Equal Employment Opportunity Commission, objects to Defendant using any parts of the deposition of Rhonda Brown as substantive evidence, and plaintiff will file a timely objection raising this issue. Rhonda Brown is not a party to this case and none of the conditions for admissibility under Rule 32 of the Federal Rules of Civil Procedure are satisfied with respect to the deposition of Rhonda Brown. Additionally, Plaintiff will file a timely motion in limine seeking an order excluding any evidence or reference to many of the matters that are the subject of Defendant's designation. However, in the event that Defendant is allowed to use parts of the deposition of Rhonda Brown that it designated, Plaintiff, pursuant to the provisions of Rule

26(a)(3) of the Federal Rules of Civil Procedure and Section 10 of the Uniform Scheduling Order (Doc. 18) in this case, identifies the **responsive** parts of the deposition of Rhonda Brown taken on December 21, 2013 that Plaintiff expects to use at the trial of this case in response to the parts designated by Defendant. Plaintiff first lists the designations of Defendant in bold face type, and then lists its responsive designations that should be read immediately thereafter.

**Deposition of Rhonda Brown taken December 21, 2012**

|  | Page number/line | | Page number/line |
|---|---|---|---|
| **Defendant** | **16/2** | **through** | **16/21** |
| Response | 16/22 | through | 17/17 |
| **Defendant** | **23/6** | **through** | **23/16** |
| Response | 94/17 | through | 94/21 |
|  | 98/4 | through | 98/7 |
| **Defendant** | **29/6** | **through** | **29/20** |
| Response | 29/21 | through | 30/23 |
|  | 72/22 | through | 73/16 |
|  | 107/12 | through | 107/18 |
|  | 126/23 | through | 128/9 |
|  | 165/2 | through | 165/17 |
| **Defendant** | **39/2** | **through** | **39/23** |
| Response | 39/23 | through | 40/1 |
| **Defendant** | **42/14** | **through** | **42/17** |
| Response | None | | |

2

| | | | |
|---|---|---|---|
| **Defendant** | 43/12 | through | 43/17 |
| Response | None | | |
| **Defendant** | 46/1 | through | 46/6 |
| Response | 46/6 | through | 46/23 |
| **Defendant** | 47/1 | through | 47/2 |
| Response | None | | |
| **Defendant** | 57/4 | through | 57/7 |
| Response | None | | |
| **Defendant** | 58/5 | through | 58/18 |
| Response | None | | |
| **Defendant** | 77/8 | through | 77/19 |
| Response | 77/20 | through | 77/21 |
| **Defendant** | 78/4 | through | 78/6 |
| Response | 78/6 | through | 78/11 |

| | | | |
|---|---|---|---|
| **Defendant** | 79/4 | through | 79/6 |
| Response | None | | |
| **Defendant** | 80/5 | through | 80/10 |
| Response | None | | |
| **Defendant** | 182/9 | through | 182/13 |
| Response | 182/14 | through | 182/21 |
| **Defendant** | 201/1 | through | 202/20 |
| Response | 236/9 | through | 238/7 |
| **Defendant** | 230/9 | through | 231/19 |
| Response | 231/20 | through | 231/23 |

Dated: April 10, 2013.

        Respectfully submitted,

        C. EMANUEL SMITH
        Regional Attorney
        Mississippi Bar # 747

        JULIE BEAN
        Supervisory Trial Attorney
        DC Bar # 433292

        /s/ Gerald L. Miller
        GERALD L. MILLER
        Senior Trial Attorney
        (AL Bar No.: ASB-1454-E52G)
        205-212-2047
        gerald.miller@eeoc.gov

MANEESH VARMA
(DC Bar #988521)
Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Birmingham District Office
Ridge Park Place, Suite 2000
1130 22nd Street South
Birmingham, AL
(205)   212-2045

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2013, I filed the foregoing with the Clerk of the Court using the CM/ECF system which will electronically send notification of the filing to all attorneys of record.

DONE this 10th day of April, 2013.

/s/ Gerald L. Miller
Senior Trial Attorney

5