IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT ) <br> OPPORTUNITY COMMISSION, ) <br>   ) <br> Plaintiff, ) <br>   ) <br> v. ) <br>   ) <br> JOE-RYAN ENTERPRISES, INC. ) <br> d/b/a JOE-RYAN TRUCKING, ) <br>   ) <br> Defendant. ) | CASE NO.: 3:11-cv-795-MEF |

## **CONSENT DECREE**

### I.     **INTRODUCTION**

Plaintiff Equal Employment Opportunity Commission (hereinafter "EEOC" or "Commission") brought this action against Defendant Joe-Ryan Enterprises, Inc. d/b/a Joe Ryan Trucking (hereinafter "Defendant" or "Joe Ryan") under Title VII of the Civil Rights Act of 1964 (hereinafter "Title VII"), and Title I of the Civil Rights Act of 1991. The EEOC alleges Joe Ryan discriminated against Rhonda Brown (hereinafter "Charging Party") in violation of Title VII.  Defendant denies these allegations.

A.   This Consent Decree ("Consent Decree" or "Decree") is entered into by the EEOC and Defendant Joe Ryan. This Consent Decree shall be final and binding between the EEOC and Defendant Joe Ryan, its directors, officers, agents, employees, successors or assigns and all persons in active concert or participation with it (hereinafter collectively referred to as "Defendant" or "Joe Ryan").

B. This Consent Decree shall not constitute an adjudication of, or finding on the merits of, the case and shall not be construed as an admission by Defendant of any violation of Title VII. This Consent Decree does not affect any other administrative charges pending with the EEOC or any cases currently pending in court other than the case specifically referenced in this paragraph.

## II.  GENERAL PROVISIONS

Upon consent of the parties to this action, it is hereby ORDERED, ADJUDGED, and DECREED that:

C. This Court has jurisdiction over the parties and the subject matter of this action.

D. The terms of this Consent Decree are and shall be binding upon the present and future representatives, agents, directors, officers, assigns, and successors of Defendant Joe Ryan. This paragraph shall not be construed as placing any limit on remedies available to the Court in the event that any party is found to be in contempt for a violation of this Consent Decree.

E. This Consent Decree shall fully and finally resolve all claims which were raised by the EEOC in its Complaint in Civil Action No. 3:11-cv-0795-MEF-TFM.

F. This Consent Decree shall be filed in the United States District Court for the Middle District of Alabama, Eastern Division, and shall continue to be in effect for a period of three (3) years from the date of entry of this decree. Any modification of this Consent Decree by any party must be made by motion to the Court.

G. The Court retains jurisdiction over this case in order to enforce the terms of the Consent Decree.

H. This Consent Decree shall apply to all of Joe Ryan's operations and facilities in any location.

I. Defendant Joe Ryan shall comply fully with all provisions of the Consent Decree and Title VII. Nothing in this Consent Decree, either by inclusion or exclusion, shall be construed to limit the obligations of Defendant Joe Ryan under Title VII, or the EEOC's authority to process or litigate any charge of discrimination that may be pending or filed against Defendant Joe Ryan in the future.

### III. NON-DISCRIMINATION

J. Defendant Joe Ryan and its officers, agents, employees, successors, and assigns, and all of those in active concert or participation with them, or any of them, is enjoined from discriminating against an employee or applicant in violation of Title VII. The prohibited practices include, but are not limited to, the following: (a) discriminating in violation of Title VII against any employee or applicant on the basis of sex; (b) engaging in or being a party to any action, policy, or practice that violates Title VII by discriminating against employees or applicants on the basis of sex; and/or (c) creating, facilitating, or tolerating the existence of a work environment that is sexually hostile as defined under Title VII.

## IV.  NON-RETALIATION

K. Defendant Joe Ryan, its officers, agents, employees, successors, assigns, and all those in active concert or participation with them, or any of them, shall not engage in retaliation of any kind against any person because such person:

(1) Opposed any practice made unlawful under Title VII;

(2) Contacted, or filed a charge of discrimination with, the Commission or a state agency in relation to Title VII, or testified, assisted or participated in any manner in any Title VII-related internal, Commission, or state investigation, proceeding, or hearing;

(3) Requested and/or received relief in accord with this Consent Decree;

(4) Participated in any manner in this action or in the EEOC investigation giving rise to this action; or

(5) Asserted any rights under this Consent Decree.

Defendant Joe Ryan further shall not coerce, intimidate, threaten, or interfere with any individual in the exercise or enjoyment of, or on account of, his or her having exercised or enjoyed, or on account of his or her having aided or encouraged any other individual in the exercise or enjoyment of, any right granted or protected by Title VII.

## V.  RELIEF TO THE CHARGING PARTY

L. Within ten (10) calendar days after the Court approves this Consent Decree and execution and delivery to Defendant Joe Ryan of a separate agreement between Defendant Joe Ryan and Rhonda Brown, whichever event last occurs, Defendant Joe Ryan shall pay monetary relief in the gross amount of $15,000 (fifteen thousand dollars and no cents) to Rhonda Brown, for compensatory damages and backpay.  This amount

4

shall be paid in full settlement of the claims against Defendant Joe Ryan which were the basis of the EEOC Charge filed by the Charging Party (No. 420-2010-00793), and raised in the EEOC's Complaint. Payment shall be made by check payable to Rhonda Brown and mailed to the address provided by the EEOC. Joe Ryan will issue to Ms. Brown applicable United States Internal Revenue Service forms no later than February 15, 2014.

Defendant Joe Ryan shall mail a photocopy of the check to the attention of the Regional Attorney, Equal Employment Opportunity Commission, Birmingham District Office, 1130 – 22nd Street South, Suite 2000, Birmingham, Alabama 35205 at the time the check is sent to Ms. Brown.

## VI.   GENERAL INJUNCTIVE RELIEF

M.   Within sixty (60) calendar days after the Court approves this Consent Decree, Defendant Joe Ryan shall develop and implement comprehensive policies and procedures to ensure that employees are not subject to discrimination made unlawful by Title VII. At a minimum, the policies and procedures shall contain and include at least the following:

   a.   the requirements of Title VII and its prohibition against sexual and other forms of harassment;

   b.   examples of sexual harassment and other prohibited actions under the policy;

   c.   procedures for reporting any violation of the policy to alternative members of management;

   d.   a statement that complaints shall be promptly investigated and that prompt, remedial action shall be taken if any policy violation is determined;

    e.  a statement prohibiting retaliation for reporting such a complaint or for participating in an investigation regarding such a complaint; and

    f.  a statement that all complaints and investigations under the policy shall be confidential and shared only with those individuals who have a legitimate need to know.

  N.  Defendant shall promptly and appropriately investigate all complaints of discrimination and retaliation under Title VII. The investigation shall include factual findings, a finding of whether discrimination occurred, interviews of all known or potential victims and key witnesses, and credibility assessments. All witness interviews shall be memorialized with concurrent notes or recordings in audio/video or other electronic format.

  O.  Within ninety (90) calendar days after this Consent Decree is entered by the Court, Joe Ryan shall train all employees, including supervisory, management, and human resources employees, on Title VII, this Consent Decree, and Joe Ryan's anti-discrimination policies and procedures. Each training program shall include an explanation of the requirements of Title VII and its prohibition against sexual harassment. Each training program shall also include an explanation of Defendant's harassment policy and reporting procedures referenced above in paragraphs M and N, and an explanation of the rights and responsibilities of employees, supervisors, and managers under the policy. The training program shall be interactive and shall at least include specific examples of harassment, appropriate management responses to same, how to recognize and address actual or potential harassment even in the absence of a formal complaint, how to report any such complaint or recognition to Defendant's

management, and how to participate in an investigation of same as appropriate under Defendant's harassment policy and management procedures.

P. The training shall be repeated for all employees described in paragraph O (with modifications to ensure its compliance with the law) once every twelve months after the first training is completed. All newly hired employees, managers, human resources employees and recruiters shall be given a copy of Defendant's policies and procedures described in paragraph M above, and shall be trained on the policies and procedures by the Defendant within fourteen (14) days of their start date, irrespective of their participation in the annual training.

Q. Joe Ryan shall generate a registry containing signatures of all persons in attendance at each of its trainings. Each registry shall be retained by Joe Ryan for the duration of this Consent Decree.

## VII.   POSTING OF NOTICE

R. Defendant Joe Ryan will post and cause to remain posted the posters required to be displayed in the workplace by Commission Regulations.

S. Within ninety (90) calendar days after entry of this Decree, Defendant Joe Ryan shall post 8½-inch-by-11-inch sized copies of a notice in the form of Exhibit A attached to this Consent Decree on all bulletin boards usually used by Defendant Joe Ryan at all facilities for announcements, notices of employment policy, or practice changes to employees, during the term of this Decree and at every location employee bulletins are posted and where applications are accepted, including on any Joe Ryan or

affiliated corporate website at which job vacancies are posted or through which Joe Ryan accepts applications for employment.

## VIII.  REPORTING

  T. Defendant Joe Ryan shall maintain the following records during the period of this Consent Decree:

    (1) Title VII policies and procedures created or developed pursuant to this Consent Decree;

    (2) All documents received, generated or created during the terms of this Consent Decree that related to each allegation, report, complaint, investigation, or resolution of actual or alleged violations of Title VII;

    (3) All materials used in training required pursuant to this Consent Decree; and

    (4) Attendance lists for all training.

  U. On an annual basis for the duration of the Decree, Defendant Joe Ryan shall provide the Birmingham District Office Regional Attorney a copy of each of the documents described in numbers 1-4 above.  If any of the four lists of documents do not exist, Defendant shall notify the Commission of that fact in its annual report

## IX.  DISPUTE RESOLUTION

  V. In the event that either party to the Consent Decree believes that the other party has failed to comply with any provision(s) of the Consent Decree, the complaining party shall notify the other party of the alleged non-compliance within fourteen (14) calendar days of discovery of the alleged non-compliance and shall afford the alleged non-complying party fourteen (14) calendar days thereafter to remedy the non-

compliance or to satisfy the complaining party that the alleged non-complying party has complied. If the alleged non-complying party has not remedied the alleged non-compliance or satisfied the complaining party that it has complied within fourteen (14) calendar days, the complaining party may apply to the Court for appropriate relief.

## X.     COSTS AND ATTORNEY FEES

W.     Each party shall bear its own attorney's fees and costs incurred in this action up to the date of the entry of this Decree.

## XI.    DURATION OF DECREE

X.     The duration of the Consent Decree shall be three (3) years from its approval by the Court, as evidenced by the Consent Decree's entry on the docket in this case. The Court shall retain jurisdiction over this action for the duration of the Consent Decree, during which Defendant Joe Ryan or the EEOC may petition this Court for compliance with or enforcement of the terms of the Consent Decree. Should the Court determine that either party has not complied with the Decree, appropriate relief, including extension of the Consent Decree for such period as may be necessary to remedy its non-compliance, may be ordered. Absent extension, the Consent Decree shall expire by its own terms at the end of three (3) years from the date of entry, without further action by the parties.

The parties agree to the entry of the Consent Decree subject to final approval by the Court.

DONE this the 14th day of May, 2013.

                                                      /s/ Mark E. Fuller
                                   UNITED STATES DISTRICT JUDGE

Attorneys for EQUAL EMPLOYMENT OPPORTUNITY COMMISSION:


_____
C. EMANUEL SMITH (MSB No. 7473)
Regional Attorney


_____
JULIE BEAN (D.C. Bar No. 433292)
Supervisory Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Ridge Park Place
1130 22nd Street South, Suite 2000
Birmingham, AL  35205
Telephone: (205) 212-2062


Joe-Ryan Enterprises, Inc., d/b/a Joe Ryan Trucking

By: _____
Its:_____

## **EXHIBIT A**

## **NOTICE TO ALL JOE RYAN EMPLOYEES**

This Notice is being posted pursuant to a Consent Decree entered by the federal court in *EEOC v. Joe-Ryan Enterprises, Inc., d/b/a Joe Ryan Trucking* [("Joe Ryan") Civil Action No. 3:11-cv-0795-MEF-TFM: United States District Court for the Middle District of Alabama, Eastern Division], resolving a lawsuit filed by the Equal Employment Opportunity Commission ("Commission") against Joe Ryan.

Title VII of the Civil Rights Act of 1964, 42 U.S.C. Section 2000e, et seq., *as amended*, ("Title VII"), prohibits discrimination against employees and applicants for employment based upon race, color, sex, religion, or national origin.

Title VII further prohibits retaliation against employees or applicants who avail themselves of the rights under Title VII by engaging in protected activities, such as filing a charge of discrimination and/or testifying or participating in a Commission investigation. The Commission or EEOC is the federal agency which investigates charges of unlawful employment discrimination. The EEOC has the authority to bring lawsuits in federal court to enforce Title VII.

In its lawsuit, the EEOC alleged that Joe Ryan had fostered or tolerated a working environment that was hostile to female employees, in violation of Title VII of the Civil Rights Act of 1964 ("Title VII"). Joe Ryan denied these allegations.

To resolve the case, Joe Ryan and the Commission have entered in to a Consent Decree which provides, among other things, that Joe Ryan: (1) will not discriminate on the basis of sex; (2) will maintain records of all complaints of sexual harassment; (3) will promptly investigate and resolve allegations of sexual harassment; (4) will require supervisors and managers to address allegations of sexual harassment; (5) will develop strong anti-harassment policies and procedures; (6) will hold supervisors and managers accountable for not complying with sexual harassment policies and procedures; and (7) will train all employees on preventing and addressing sexual harassment. Joe Ryan agrees that it will not retaliate against any person because she or he opposed any practice made unlawful by Title VII, filed a Title VII charge of discrimination, participated in any Title VII proceeding, or asserted any rights under the Consent Decree.

If you believe you have been discriminated against, you may contact the EEOC at (205) 212-2000. The EEOC charges no fees and has employees who speak languages other than English.

**This Notice must remain posted for three (3) years from the date below and must not be altered, defaced or covered by any other material. Any questions about this Notice or compliance with its terms may be directed to the: Regional Attorney, Equal Employment Opportunity Commission, Birmingham District Office, Ridge Park Place, Suite 2000, 1130 – 22nd Street South, Birmingham, Alabama 35205.**

_____
PRESIDENT                                                                                              Date
Joe-Ryan Enterprises, Inc., d/b/a Joe Ryan Trucking